■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS FAY, Appellant. [697 NYS2d 608] —Judgment, Supreme Court, New York County (Rena Uviller, J., at suppression hearing; Joan Sudolnik, J., at jury trial and sentence), rendered September 12, 1995, convicting defendant of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

Defendant's right to counsel did not attach as counsel's letter did not constitute a recognizable request to attend the lineup, and defendant did not make any such request (*see, People v Cook*, 254 AD2d 92, *lv denied* 93 NY2d 851).

Also, we find that the police efforts to notify that attorney

were reasonable under the circumstances (*People v Burney*, 249 AD2d 84, *lv denied* 92 NY2d 923; *People v Coates*, 74 NY2d 244, 249; *People v Irick*, 243 AD2d 652, *lv denied* 91 NY2d 926; *People v Cherry*, 161 AD2d 185, *lv denied* 76 NY2d 854).

We perceive no abuse of discretion in sentencing. Concur—Rubin, J. P., Andrias, Saxe, Buckley and Friedman, JJ.